# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. LEXIS ISMAEL ESTRADA and JOSE LUIS ESTRADA, Defendants. | **HEARING MINUTES** Sealed: No<br>Case No.: 21-CR-4075-LTS-KEM<br>Presiding Judge: Kelly Mahoney, Chief Magistrate Judge<br>Deputy Clerk: jag<br>Official Court Record: FTR Gold  Contract?<br>Contact Information: |

| Date: | 10/1/2021 | Start: | 11:21 a.m. | Adjourn: | 11:32 a.m. | Courtroom: | SC First Floor | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | n/a | | | | | Time in Chambers: | n/a | Telephonic? | No |
| Appearances: | | Plaintiff: | AUSA Jack Lammers | | | | | | |
| | | Defendants: | Nathan Lab for defendant Lexis Estrada (defendant personally present)<br>Nathan Lab for defendant Jose Estrada (initial appearance only) (defendant personally present) | | | | | | |
| | | U.S. Probation: | Matthew Sturdevant | | | | | | |
| | | Interpreter: | | | | Language: | | Certified: | Phone: |

| TYPE OF PROCEEDING: | INITIAL APPEARANCE: | x | AND/OR | ARRAIGNMENT: | x |
|---|---|---|---|---|---|

| | | | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|---|---|
| | | | | | Date of Indictment: | 9/21/2021 |

| **Defendant:** | Lexis Estrada | Jose Estrada | | |
|---|---|---|---|---|
| Was defendant *Mirandized?* | Yes | Yes | | |
| Defendant pleaded | Not guilty to Counts 1-2 of the Indictment | Not guilty to Count 1 the Indictment | | |
| Counsel retained or appointed? | Appointed | Appointed | | |
| FPD/CJA Panel: | Nathan Lab | Priscilla Forsyth | | |
| Financial affidavit? | No | No | | |
| Stipulated discovery plan? | Yes | Yes | | |
| Oral Motion for detention? | Yes | Yes | | |
| Was defendant detained? | Yes | Yes | | |
| Detention hearing: | waived | 10/6/2021 2:30PM as to Jose Estrada | | |

| | | |
|---|---|---|
| Trial date: | 12/6/2021 | |
| Rule 16.1 discovery conference deadline: | Satisfied. Due Process Protections Act Order to follow. | |
| **Witness/Exhibit List is** | | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | |
| Miscellaneous: | The Indictment is formally read in open court.<br>Regular trial management order deadlines to apply and to be set in Trial Management Order.<br>The Government's oral motion for detention as to Lexis Estrada is moot given defendant's knowing and voluntary waiver. | |