# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 21-CR-4075-LTS-KEM |
| Jose Luis Estrada | ) | |
| *Defendant* | ) | |

## ORDER OF TEMPORARY DETENTION AND SCHEDULING HEARING

A hearing in this case is scheduled as follows:

☐ Preliminary Hearing

☑ Detention Hearing

☐ Bond Revocation Hearing

| Place: | United States Courthouse<br>320 6th Street - First Floor Courtroom<br>Sioux City, Iowa 51101 | Before Judge | Kelly K.E. Mahoney |
|---|---|---|---|
| | | Date and Time: | 10/06/2021 at 2:30 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 10/01/2021

*Judge's signature*

Kelly K.E. Mahoney
Chief United States Magistrate Judge
*Printed name and title*

** Judge Mahoney may preside by video conference. Any objection to this procedure must be filed at least 24 hours in advance of the scheduled hearing. **

*** Due to the COVID-19 pandemic, the Court has alternative means of appearance available to the parties for hearings. Any party requiring or requesting an alternative method of appearance must contact the court to make appropriate arrangements. Defendant must consent in order to appear by video conference. Parties are aleted to Notice dated August 2, 2021.***