# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>vs.<br>JOSE LUIS ESTRADA,<br>　　　Defendant. | **HEARING MINUTES**　Sealed: No<br>Case No.: 21-CR-4075-2-LTS-KEM<br>Presiding Judge: Kelly K.E. Mahoney, Chief Magistrate Judge<br>Deputy Clerk: jag<br>Official Court Record: FTR Gold　　Contract?<br>Contact Information: |

| Date: | 10/6/2021 | Start: | 2:26 p.m. | Adjourn: | 2:54 p.m. | Courtroom: | SC First Floor | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | n/a | | | Telephonic? No |
| Appearances: | Plaintiff: | AUSA Ronald Timmons | | | | | | |
| | Defendant: | Priscilla Forsyth (defendant appears personally) | | | | | | |
| | U.S. Probation: | Matthew Sturdevant | | | | | | |
| | Interpreter: | | | Language: | | Certified: | | Phone: |

| **TYPE OF PROCEEDING:** | **DETENTION** | | **X** | **REVOCATION** | | **PRELMINARY EXAMINATION** | |
|---|---|---|---|---|---|---|---|
| | | | | Contested? | Yes | Continued from a previous date? | No |

| | | | |
|---|---|---|---|
| | Moving party: | Plaintiff | |
| | Motion: Oral Motion for Detention (Doc. No. 13) | | Ruling: Denied. |
| | Nature of proceedings: | Ruling: | |
| | Review of detention or conditions | X | The court finds the Government has failed to show that there are no conditions/combination of conditions of release that would ensure defendant's appearance and/or the safety of the community. Defendant released. Order to follow. |
| | Review of pre-trial release | | |
| | Review of supervised release | | |
| | Preliminary examination | | |
| | **Witness/Exhibit List is** | Defendant's Exhibit A (filed under seal at Doc. No. 23). Received. | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | |
| | **Miscellaneous:** | | |