IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 21-CR-4075 LTS-KEM |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| JOSE LUIS ESTRADA, | ) | |
| Defendant. | ) | |

Comes now, the Defendant, by and through his undersigned Counsel, and moves this court to continue the trial currently scheduled for December 6, 2021, for approximately 60 days. This motion is made for the following reasons:

1. The defendant is charged with Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §846, 841(a)(1) and (b)(1)(A).

2. Counsel needs additional time to complete reviewing discovery, investigate and prepare for trial if necessary. It is unknown at this time whether this case will be resolved by plea or trial.

3. This is the first request for a continuance.

4. Counsel has consulted with AUSA Ron Timmins and the defendant. Neither have any objection to a continuance in this matter. Today, co-defendant Lexis Estrada filed a notice of intent to plead guilty, so this continuance would not impact his case.

5. The defendant is out of custody on pretrial release.

Wherefore, for the reasons stated above, the Defendant respectfully requests that the court continue the trial in this case for at least 60 days.

Respectfully submitted,

/s/ Priscilla E. Forsyth

Priscilla E. Forsyth
Attorney at Law
505 Fifth Street, Ste 620
Sioux City, IA 51101
(712) 224-2371 phone
pforsyth@priscillaforsythlaw.com
Attorney for the Defendant

CERTIFICATE OF SERVICE
The undersigned certifies that a copy of this document
was served on November 5, 2021 on each of the parties or their
attorneys at their addresses of record by:  X ECF

/s Priscilla E. Forsyth