# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No. |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus

      [ ] Ad Prosequendum       [ ] Ad Testificandum

Name of Detainee: _____ Inmate ID _____

Detained at: _____ in the custody of _____

Detainee is:
    a.) [ ] charged in this District by: [ ] Indictment [ ] Information [ ] Complaint Charging Detainee with: _____

or
    b.) [ ] a witness not otherwise available by ordinary process of the Court.

and Detainee will:
    a.) [ ] return to the custody of detaining facility upon conclusion of said proceedings.

or
    b.) [ ] be retained in federal custody until final disposition of federal charges.

Appearance is necessary on _____ at _____

in:     [ ] Cedar Rapids     [ ] Sioux City

_____

_____
Date

Phone:

## ORDER FOR WRIT OF HABEAS CORPUS

    [ ] Ad Prosequendum     Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and at any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

_____      _____
Date      United States District/Magistrate Judge