IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE LUIS ESTRADA,<br><br>    Defendants. | No. 21-CR-4075-LTS-KEM-2<br><br>**SUPERSEDING INDICTMENT**<br><br>**Count 1**<br>21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)<br>Conspiracy to Distribute a Controlled Substance<br><br>**Count 2**<br>18 U.S.C. § 2<br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)<br>Possession with Intent to Distribute a Controlled Substance |

The Grand Jury charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

Between on or about November 20, 2020, and continuing to on or about April 6, 2021, in the Northern District of Iowa and elsewhere, defendant, JOSE LUIS ESTRADA, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance and/or 50 grams of actual (pure) methamphetamine, commonly called "ice" methamphetamine.

1

This was in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(A).

## Count 2

### Possession with Intent to Distribute a Controlled Substance and Aiding and Abetting the Possession with Intent to Distribute

On or about December 11, 2020, in the Northern District of Iowa, defendant, JOSE LUIS ESTRADA, did knowingly and intentionally possess with intent to distribute, and did aid, abet, counsel, command, induce, and produce the possession with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance and/or 50 grams of actual (pure) methamphetamine, commonly called "ice" methamphetamine.

This was in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

TIMOTHY T. DUAX
Acting United States Attorney

By: /s/
RON TIMMONS
Assistant United States Attorney

A TRUE BILL

/s/ _____ 4/12/22
Grand Jury Foreperson    Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 4/12/2022
PAUL DE YOUNG, CLERK