IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | No. 21-CR-4075 |
| vs. | ) |  |
| JOSE LUIS ESTRADA, | ) |  |
| Defendant. | ) |  |

## LOCAL CRIMINAL RULE 7 STATEMENT

Pursuant to Local Criminal Rule 7, notice is hereby given that the superseding indictment filed in this matter varies from the original indictment as follows:

1. The superseding indictment removes all direct and indirect references to the co-defendant, LEXIS ISMAEL ESTRADA, who has plead guilty.

2. The superseding indictment extends the date of the conspiracy alleged in Count 1, originally filed as being between on or about November 20, 2020, and continuing to on or about January 14, 2021, to between on or about November 20, 2020, and continuing to on or about April 6, 2021.

3. The superseding indictment also adds a possession with intent to distribute a controlled substance count against defendant, Count 2.

Respectfully submitted,

TIMOTHY T. DUAX
Acting United States Attorney

By, s/*Ron Timmons*

RON TIMMONS
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
(712) 255-6011 / (712) 252-2034 (Fax)
Ron.Timmons@usdoj.gov