# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA )
) Criminal No. 21-CR-4075 -LTS-KEM
v. )
)
JOSE LUIS ESTRADA )
)

## AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus

[ ] Ad Prosequendum  [✔] Ad Testificandum

Name of Detainee: Lexis Ismael Estrada    Inmate ID: 67569-509

Detained at: Woodbury County Jail    in the custody of Sheriff Chad Sheehan

Detainee is:
a.) [ ] charged in this District by: [ ] Indictment [ ] Information [ ] Complaint Charging Detainee with:

or
b.) [✔] a witness not otherwise available by ordinary process of the Court.

and Detainee will:
a.) [✔] return to the custody of detaining facility upon conclusion of said proceedings.

or
b.) [ ] be retained in federal custody until final disposition of federal charges.

Appearance is necessary on May 23, 2022 at 9:00 a.m.

in: [ ] Cedar Rapids    [✔] Sioux City

04/12/2022
Date

*/s/ Ron Timmons*
Ronald C. Timmons
Assistant United States Attorney
Phone: 712-255-6011

## ORDER FOR WRIT OF HABEAS CORPUS

[ ] Ad Prosequendum    ✔ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and at any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

April 12, 2022
Date

Kelly KE Mahoney
United States District/Magistrate Judge

Case 5:21-cr-04075-LTS-KEM   Document 79   Filed 04/12/22   Page 1 of 1