# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSE LUIS ESTRADA,<br><br>        Defendant. | **HEARING MINUTES**  Sealed:  No<br>Case No.:  21-CR-4075-2-LTS-KEM<br>Presiding Judge:  Kelly K.E. Mahoney, Chief Magistrate Judge<br>Deputy Clerk:  jag<br>Official Court Record:  FTR Gold        Contract?  --<br>Contact Information:  -- |

| Date: | 5/9/2022 | Start: | 1:30 p.m. | Adjourn: | 2:07 p.m. | Courtroom: | SC First Floor | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | Telephonic? | No |

| Appearances: | Plaintiff: | AUSA Ron Timmons |
|---|---|---|
| | Defendant: | Robert Deck (defendant appears personally) |
| | U.S. Probation: | n/a |
| | Interpreter: | Language: | Certified: | Phone: |

| **TYPE OF PROCEEDING:** | **PLEA** | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|---|

| | |
|---|---|
| Defendant pleaded GUILTY to Count: | 1 of the Superseding Indictment. |

| Defendant is | X | Detained | | Released | |
|---|---|---|---|---|---|

| **Witness/Exhibit List is** | Government Exhibit 1 (Plea Agreement to be filed under seal). Received. |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | Defendant placed under oath. Defendant competent, understands charges, there is a factual basis found, knows maximum punishment and jury trial rights.  Plea is voluntary. Court finds defendant should be adjudged guilty based on his plea of guilty. USP to prepare a PSIR.<br><br>Defendant requests that he be allowed to remain on release pending his sentencing hearing. The Court determines that the defense has failed to demonstrate that there are extraordinary circumstances to overcome the mandatory presumption of detention.  Defendant to be detained.<br><br>Government requests that the record and any transcript, if ordered/prepared should be sealed during defendant's argument to remain released (2:00p-2:03p) and the Court grants that request. |
|---|---|

Case 5:21-cr-04075-LTS-KEM   Document 90   Filed 05/09/22   Page 1 of 1